ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
     United States Courthouse
     312 North Spring Street, 14th Floor
     Los Angeles, California 90012
     Telephone:  (213) 894-5710
     Facsimile:  (213) 894-7177
     E-Mail:  Frank.Kortum@usdoj.gov

JS-6

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>$17,288.00 IN U.S. CURRENCY,<br><br>               Defendant.<br>_____<br>BENITO RODRIGUEZ,<br><br>               Claimant.<br>_____ | ) No.: CV 12-10115-FMO (MANx)<br>)<br>)<br>) **CONSENT JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The civil forfeiture action captioned above was commenced on November 27, 2012.  Claimant Benito Rodriguez ("Claimant") filed a claim and answer on January 7, 2013.  No other claims or answers were filed, and the time for filing claims and answers has expired.

Plaintiff and Claimant have made a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant $17,288.00 in U.S. currency (Asset ID Nos. 12-FBI-004996 and 12-FBI-004998).

The Court has been duly advised of and has considered the matter.  Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $5,288.00 of the defendant U.S. currency (Asset ID Nos. 12-FBI-004996 and 12-FBI-004998) and all interest earned on the entirety of the defendant currency since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein.  The remaining portion of the defendant, $12,000.00 in U.S. currency (without interest) shall be returned to Claimant through his counsel.  Claimant shall provide his social security or taxpayer identification number to the government upon request, the funds are to be made payable via ACH deposit to the Law Offices of Yan Shrayberman Client Trust Account.

///

///

///

///

///

1     The Court finds that there was reasonable cause for the

2    seizure of the defendant asset and the institution of this

3    action.  This consent judgment shall be construed as a

4    certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

5    Each of the parties shall bear its own fees and costs in

6    connection with the seizure, retention and return of the

7    defendant asset.

8    DATED: April 24, 2013

9                                  /s/

10                   THE HONORABLE FERNANDO M. OLGUIN

11                   UNITED STATES DISTRICT JUDGE

12

13    Presented by:

14

15    ANDRÉ BIROTTE JR.
      United States Attorney

16    ROBERT E. DUGDALE
      Assistant United States Attorney

17    Chief, Criminal Division
      STEVEN R. WELK

18    Assistant United States Attorney
      Chief, Asset Forfeiture Section

19

20

21

22    FRANK D. KORTUM
      Assistant United States Attorney

23

24    Attorney for Plaintiff
      UNITED STATES OF AMERICA

25

26

27

28