ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-Mail: Frank.Kortum@usdoj.gov

JS-6

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No.: CV 12-10115-FMO (MANx) |
|---|---|
| Plaintiff, | ) **CONSENT JUDGMENT** |
| vs. | ) |
| $17,288.00 IN U.S. CURRENCY, | ) |
| Defendant. | ) |
| BENITO RODRIGUEZ, | ) |
| Claimant. | ) |

The civil forfeiture action captioned above was commenced on November 27, 2012. Claimant Benito Rodriguez ("Claimant") filed a claim and answer on January 7, 2013. No other claims or answers were filed, and the time for filing claims and answers has expired.

1    Plaintiff and Claimant have made a stipulated request for
2 the entry of this consent judgment of forfeiture resolving all
3 claims concerning the defendant $17,288.00 in U.S. currency
4 (Asset ID Nos. 12-FBI-004996 and 12-FBI-004998).
5    The Court has been duly advised of and has considered the
6 matter.  Based upon the mutual consent of the parties hereto and
7 good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**
8 **AND DECREES** that $5,288.00 of the defendant U.S. currency (Asset
9 ID Nos. 12-FBI-004996 and 12-FBI-004998) and all interest earned
10 on the entirety of the defendant currency since seizure, is
11 hereby forfeited to the United States, and no other right, title
12 or interest shall exist therein.  The remaining portion of the
13 defendant, $12,000.00 in U.S. currency (without interest) shall
14 be returned to Claimant through his counsel.  Claimant shall
15 provide his social security or taxpayer identification number to
16 the government upon request, the funds are to be made payable
17 via ACH deposit to the Law Offices of Yan Shrayberman Client
18 Trust Account.
19 ///
20
21 ///
22
23 ///
24
25 ///
26
27 ///
28

2

The Court finds that there was reasonable cause for the seizure of the defendant asset and the institution of this action.  This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant asset.

DATED: April 24, 2013

/s/
THE HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA